IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JILL E. FLATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:04CV1067 |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

On October 26, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court. Counsel for Plaintiff has objected to the Recommendation.

The court has made a de novo determination that is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

It is therefore ORDERED that the Plaintiff's Motion for Summary Judgment [Doc. # 7] is DENIED, the Commissioner's motion for judgment on the pleadings [Doc. # 9] is GRANTED, the Commissioner's decision is

AFFIRMED, and that this action is DISMISSED with prejudice.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of October, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge